# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-1628

_____

Steven Bennett

*Plaintiff - Appellant*

v.

United States Department of Health and Human Services; Federal Reserve Board
of Governors

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: September 25, 2025
Filed: September 30, 2025
[Unpublished]

_____

Before BENTON, SHEPHERD, and STRAS, Circuit Judges.

_____

PER CURIAM.

Steven Bennett appeals the district court's[1] dismissal without prejudice of his 42 U.S.C. § 1983 action against the Federal Reserve Board of Governors and the United States Department of Health and Human Services. Having jurisdiction under 28 U.S.C. § 1291, this court affirms. After careful de novo review of the record and the parties' arguments on appeal, this court finds no basis for reversal. *See Dalton v. NPC Int'l, Inc.*, 932 F.3d 693, 695 (8th Cir. 2019) (standard of review).

The judgment is affirmed. *See* 8th Cir. R. 47B.

_____

[1]The Honorable W. Brian Gaddy, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

-2-